| 1. Person Reporting (last name, first, middle initial)<br><br>Townes, Sandra L | 2. Court or Organization<br><br>District Court-Eastern NY | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | New York State and Local Retirement Plan, no control |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 17 A 10: 32

| Name of Person Reporting | Date of Report |
|---|---|
| Townes, Sandra L | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | NYS and Local Retirement Systems benefit. | $ 64,492.83 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Syracuse University College of Law | March 7and 9-Participation as judge of law college appellate advocacy competition(Round Trip Air Transportation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Townes, Sandra L | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Townes, Sandra L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NYS Deferred Compensation Account | | None | M | T | Rollover | 2/18 | M | | |
| 2. TIAA Retirement Annuity | C | Interest | M | T | | | | | |
| 3. Syracuse Federal Credit Union Share Account | A | Interest | J | T | Liquidation | 12/27 | J | | |
| 4. State Employees Federal Credit Union | ¯A | Interest | J | T | | | | | |
| 5. MONY Cash Value Life Insurance | A | Dividends | J | T | | | | | |
| 6. MetLife Securities IRA (#1) | A | Dividends | L | T | Sell | 2/18 | L | | |
| 7. Components: | | | | | | | | | |
| 8. Money Market | A | Dividends | J | T | Sell | 2/18 | J | | |
| 9. Loomis Sayles Growth Fund F/K/A CDC Nvest Star Growth | | None | J | T | Sell | 2/18 | J | | |
| 10. Loomis Sayles Core Bond Plus Fund F/K/A CDC Nvest Bond Incom | A | Dividends | J | T | Sell | 2/18 | J | | |
| 11. Loomis Sayles Government Fund F/K/A CDC Nvest Govt. Fund | A | Dividends | J | T | Sell | 2/18 | J | | |
| 12. Loomis Sayles Strategic Income F/K/A-Nvest Strategic Inc. | A | Dividends | J | T | Sell | 2/18 | J | | |
| 13. Capital World Growth Inc. | A | Dividends | J | T | Sell | 2/18 | J | | |
| 14. Putnam International Voyager | A | Dividends | J | T | Sell | 2/18 | J | | |
| 15. BlackRock Investment Trust FKA State St. Invest. Trust | | None | J | T | Sell | 2/18 | J | | |
| 16. BlackRock Large Cap Value FKA State St.Large Cap Value | A | CG | J | T | Sell | 2/18 | J | | |
| 17. BlackRockMid Cap Value FKA State St. Mid Cash Value | A | CG | J | T | Sell | 2/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Townes, Sandra L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BlackRock Asset AllocationFKAState St. Asset Allocation | A | Dividends | J | T | Sell | 2/18 | J | | |
| 19. MetLife Securities IRA #2 | A | Dividends | L | T | Sell | 2/18 | L | | |
| 20. Components: | | | | | | | | | |
| 21. Money Market | A | Dividends | J | T | Sell | 2/18 | J | | |
| 22. Loomis Sayles Core Bond Fund FKA CDC Nvest Bond Income | A | Dividend | J | T | Sell | 2/18 | J | | |
| 23. Loomis Sayles Govt Securities FKA CDC Nvest Govt Securities | A | Dividends | J | T | Sell | 2/18 | J | | |
| 24. Loomis Sayles Strategic Income FKA CDC Nvest Strategic Inc. | A | Dividends | J | T | Sell | 2/18 | J | | |
| 25. Capital World Growth Income | A | Dividends | J | T | Sell | 2/18 | J | | |
| 26. Putnam International Voyager | A | Dividends | J | T | Sell | 2/18 | J | | |
| 27. BlackRock Investment Trust FKA State St. Invest.Trust | | None | J | T | Sell | 2/18 | J | | |
| 28. BlackRock Aurora FKA State St. Aurora | A | CG | J | T | Merger | 1/28 | J | | |
| 29. BlackRock Large Cap Value FKA State St. Large Cap Value | A | CG | J | T | Merger | 2/18 | J | | |
| 30. BlackRock Mid Cap Value FKA State St. Mid Cap Value | A | CG | J | T | Sell | 2/18 | J | | |
| 31. BlackRock Asset Allocation FKA State St. Asset Allocation | A | Dividends | J | T | Sell | 2/18 | J | | |
| 32. BlackRock Money Market Account FKA State St. Money Market | A | Dividends | J | T | | | | | |
| 33. MetLife Securities IRA #3 | E | Dividend | N | T | Buy | 2/18 | N | | |
| 34. Components: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Townes, Sandra L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Total Return | A | Dividend | K | T | Buy | 2/18 | K | | |
| 36. Morgan Stanley EAFE Index Portfolio | B | CG | K | T | Buy | 2/18 | K | | |
| 37. MFS Total Return Portfolio | B | Dividend | K | T | Buy | 2/18 | K | | |
| 38. MetLife Stock Index Portfolio | B | CG | K | T | Buy | 2/18 | K | | |
| 39. Lord AbbettBond Debenture Portfolio | A | Dividend | K | T | Buy | 2/18 | K | | |
| 40. Loomis Sayles Small Cap Portfolio | A | CG | K | T | Buy | 2/18 | K | | |
| 41. Lehman Brothers Aggregate Bond Index | A | Dividend | K | T | Buy | 2/18 | K | | |
| 42. Harris Oakmark Large Cap Value | B | Dividend | K | T | Buy | 2/18 | K | | |
| 43. Harris Oakmark Focused Value Portfolio | A | Dividend | K | T | Buy | 2/18 | K | | |
| 44. BlackRock Money Market | A | Dividend | J | T | Buy | 2/18 | J | | |
| 45. American Funds Growth Income | C | Dividend | K | T | Buy | 2/18 | K | | |
| 46. American Funds Global Small | C | CG | K | T | Buy | 2/18 | K | | |
| 47. 12 Month EDCA | D | Interest | L | T | Buy | 2/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Townes, Sandra L | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re:VII Effective January 28, 2005, State Street Research Funds merged into portfolios of BlackRock Funds. The exchange of State Street Fund shares was treated as a redemption of State Street Research Fund shares and an addition of BlackRock Fund shares.

Re:VII The listed New York State Deferred Compensation account and MetLife Securities IRA numbers 1 and 2 were sold or rolled over to purchase MetLife Securities IRA number 3. All transactions are tax deferred.

| Name of Person Reporting | Date of Report |
|---|---|
| Townes, Sandra L | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date____MAY 1 2 2006____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544